IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERLYN KONSTANTOPOULIS and DIMOS KONSTANTOPOULIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 90-146-SLR ) |
| WESTVACO CORPORATION, | ) ) |
| Defendant. | ) |

**RETURN OF EXHIBIT**

The Clerk of Court hereby returns defendant Westvaco Corporation's exhibit marked DTX 37b to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Donald E. Reid, Esq.

Date: September 21, 2007

Returned by: _____, Deputy Clerk